AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dancks, Therese W. | NDNY District Court-Syracuse | 11/07/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

100 Clinton Street
Syracuse, NY 13261

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Volunteer Lawyers Project, Inc. |
| 2. | Board Member | Le Moyne College Board of Regents |
| 3. | Co-Executrix, beginning September 2016 | Estate #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practising Law Institute | 6/2/16 | 1177 6th Ave., New York, NY 10036 | Lecture on prisoner civil rights. | Round trip travel expenses to NYC from Syracuse. |
| 2. | Pepperdine University School of Law at the Judicial Clerkship Institute | 3/16/16-3/18/16 | 24255 Pacific Coast Highway, Malibu, CA 90263 | Lecture on clerking for a magistrate judge. | Round trip travel expenses to California from Syracuse. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kraushaar; Personal Note | B | Interest | K | T | | | | | |
| 2. Key Bank Account | A | Interest | K | T | | | | | |
| 3. Community Bank (formerly Oneida Savings) Account 1 | A | Interest | J | T | | | | | |
| 4. Community Bank (formerly Oneida Savings) Account 2 | A | Interest | | | Closed | 4/30/16 | K | | |
| 5. Fidelilty Investments: | | | | | | | | | |
| 6. -Allstate Corp Dep Sh 6.62500% (X) | | None | J | T | | | | | |
| 7. -AT&T Inc Com USD1 (X) | | None | J | T | | | | | |
| 8. -Bank Amer Corp Dep 6.375 % PFD (X) | | None | J | T | | | | | |
| 9. -Bershire Hathaway Inc Del CL B New (X) | | None | J | T | | | | | |
| 10. -C S X Corp (X) | | None | J | T | | | | | |
| 11. -Conagra Brands Inc (X) | | None | J | T | | | | | |
| 12. -Consolidated Edison Hldg Co Inc (X) | | None | J | T | | | | | |
| 13. -Corning Inc (X) | | None | J | T | | | | | |
| 14. -Countrywide Cap V GTD Cap Sec (X) | | None | J | T | | | | | |
| 15. -Duke Energy Corp New Com New (X) | | None | J | T | | | | | |
| 16. -Fidelity Govenment Cash Reserves | A | Int./Div. | J | T | | | | | |
| 17. -Fidelity NY Muni Money Market | A | Int./Div. | J | T | Sold (part) | 11/16/16 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelty Short Term Bond | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 19. -First TR Exchange Traded FD II | A | Dividend | K | T | | | | | |
| 20. -First Trust Portfolios Large Cap Growth | A | Dividend | J | T | | | | | |
| 21. -Ford MTR Co Del Com (X) | | None | J | T | | | | | |
| 22. -General Electric Co | B | Dividend | K | T | | | | | |
| 23. -IShares MSCI Emerging Markets ETF | A | Dividend | | | Sold | 11/16/16 | L | | |
| 24. -IShares MSCI Pacific Ex Japan ETF | A | Dividend | | | Sold | 11/16/16 | L | | |
| 25. -IShares Nasdaq Biotechnology | A | Dividend | K | T | | | | | |
| 26. -IShares 2016 AMT-Free Muni Term ETF | A | Interest | | | Sold | 09/08/16 | J | | |
| 27. -IShares New York Muni Bond ETF F/K/A Ishares New York ATM-F | A | Int./Div. | K | T | Buy | 11/16/16 | K | | |
| 28. -IShares S&P Mid Cap 400 Growth ETF | A | Dividend | J | T | | | | | |
| 29. -IShares S&P MidCap 400 Value ETF | A | Dividend | J | T | | | | | |
| 30. -IShares US Financials ETF | A | Dividend | J | T | | | | | |
| 31. -JP Morgan Chase & Co Depositary SHS (X) | | None | J | T | | | | | |
| 32. -Johnson & Johnson (X) | | None | J | T | | | | | |
| 33. -Kimberly Clark Corp (X) | | None | J | T | | | | | |
| 34. -Kraft Heinz Co Com (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Lamb Weston Hldgs Inc Com (X) | | None | J | T | | | | | |
| 36. -Loomis Sayles Core Plus Bd FD (X) | A | Dividend | J | T | | | | | |
| 37. -Loomis Sayles SR FLT Rate & Fixed Inc C (X) | A | Dividend | J | T | | | | | |
| 38. -Lord Abbett Floating Rate Inc Fd Cl F | B | Dividend | K | T | | | | | |
| 39. -Lord Abbett Short Duration Income Cl F | B | Dividend | | | Sold | 11/14/16 | K | | |
| 40. -M&T Bank Corp (X) | | None | J | T | | | | | |
| 41. -Merck & Co Inc New Com (X) | | None | J | T | | | | | |
| 42. -Oppenheimer Rochester Muni CL C | A | Int./Div. | K | T | | | | | |
| 43. -Qualcomm Inc (X) | | None | J | T | | | | | |
| 44. -Regeneron Pharmaceuticals | | None | K | T | | | | | |
| 45. -Schlumberger Limited Com (X) | | None | J | T | | | | | |
| 46. -SPDR Down Jones Indl Avg ETF TR Unit Ser 1(X) | A | Dividend | J | T | | | | | |
| 47. -SPDR Ser Tr Dj Wilshire Reit ETF | A | Dividend | J | T | | | | | |
| 48. -SPDR S&P 500 ETF Trust Unit Ser 1 (X) | A | Dividend | J | T | | | | | |
| 49. -Vanguard Index Fds Vanguard Small Cap VBK | A | Dividend | J | T | | | | | |
| 50. -Vanguard Index Fds Vanguard Small Cap VBR | A | Dividend | J | T | | | | | |
| 51. -Vanguard Intl Equity Index Fund Inc FTSE VGK | A | Dividend | L | T | Buy | 11/16/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Intl Equity Index Fds FTSE PAC | A | Dividend | L | T | Buy | 11/16/16 | L | | |
| 53. -Vanguard Intl Equity Index Fds | A | Dividend | J | T | | | | | |
| 54. -Viacom Inc New Cl B (X) | | None | J | T | | | | | |
| 55. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 56. Fidelity IRA: | | | | | | | | | |
| 57. -Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 58. -First Tr Large Cap Value Opportunities | A | Dividend | K | T | | | | | |
| 59. -First Trust Portfolios Large Cap Growth | A | Dividend | L | T | | | | | |
| 60. -Global X Funds Global X Ftse Greece 20 | A | Dividend | J | T | | | | | |
| 61. -IShares MSCI Australia ETF | A | Dividend | J | T | | | | | |
| 62. -IShares MSCI Brazil ETF | A | Dividend | J | T | | | | | |
| 63. -IShares Tips Bond ETF | A | Dividend | K | T | | | | | |
| 64. -IShares MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 65. -IShares S&P Mid Cap 400 Growth ETF | A | Dividend | L | T | | | | | |
| 66. -IShares S&P Mid Cap 400 Value ETF | B | Dividend | L | T | | | | | |
| 67. -Ishares US Financials ETF | A | Dividend | K | T | | | | | |
| 68. -IShares IBoxx High Yield Corporate Bond | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares US Preferred Stock ETF | A | Dividend | J | T | | | | | |
| 70. -IShares 2016 AMT-Free Muni Term ETF | A | Dividend | | | Matured | 9/30/16 | K | | |
| 71. -SPDR Ser Tr Barclays High Yield BD ETF | C | Dividend | K | T | | | | | |
| 72. -SPDR Ser Tr Db Intl Govt Inflation | A | Dividend | K | T | Sold (part) | 01/07/16 | J | A | |
| 73. -SPDR Ser Tr DJ Wilshire Reit ETF | A | Dividend | K | T | | | | | |
| 74. -Vanguard Index Fds Vanguard Small Cap Value | A | Dividend | L | T | | | | | |
| 75. -Vanguard Index Fds Vanguard Small Cap Growth | A | Dividend | L | T | | | | | |
| 76. -Vanguard Index Fds Vanguard Growth | A | Dividend | K | T | | | | | |
| 77. -Vanguard Index Fds Vanguard Value Vipers | A | Dividend | J | T | | | | | |
| 78. MetLife Computershares - Estate (X) | | None | J | T | Distributed (part) | 12/6/16 | J | | |
| 79. Solvay Checking Account - Estate (X) | | None | K | T | | | | | |
| 80. M&T Checking Account - Estate (X) | | None | J | T | | | | | |
| 81. 529 Plan #1 F.B.O. - Estate (X): | | | | | | | | | |
| 82. -The Bond Fund of America-529C (X) | A | Dividend | | | Sold | 11/25/16 | J | | |
| 83. -EuroPacific Growth Fund-529C (X) | | None | | | Sold | 11/25/16 | J | | |
| 84. -Fundamental Investors-529C (X) | A | Dividend | | | Sold | 11/25/16 | J | | |
| 85. -The Growth Fund of America-529C (X) | | None | | | Sold | 11/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -New World Fund-529C (X) | | None | | | Sold | 11/25/16 | J | | |
| 87. 529 Plan #2 F.B.O. - Estate (X): | | | | | | | | | |
| 88. -EuroPacific Growth Fund-529C (X) | | None | | | Sold | 11/25/16 | J | | |
| 89. -Fundamental Investors-529C (X) | | None | | | Sold | 11/25/16 | J | | |
| 90. -The Growth Fund of America-529C (X) | | None | | | Sold | 11/25/16 | J | | |
| 91. -New World Fund-529C (X) | | None | | | Sold | 11/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 16. Fidelity Government Cash Reserves account was used starting in May of 2016 to hold all dividends received which were not reinvested to purchase addtional securities. This investment was not purchased nor was there an inital amount transferred into the account.

Part VII includes new listings with (X) after the name. Some of these items are assets of the Estate #1, of which Therese was named Executrix in 2016. Those listed in Therese's Fidelity accounts were her inheritance.

Park VII line 27 references an investment that underwent a name change between 2015 and 2016. The investment was listed under Part VII line 14 in 2015. The space does not allow enough room to enter all necessary information, so it should read as follows: -IShares New York Muni Bond ETF F/K/A Ishares New York ATM-Free Muni.

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 11/07/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Therese W. Dancks**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544